UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANJEET SINGH ,

Petitioner,

v.

TONYA ANDREWS, *et al.*,

Respondent,

Case No.  1:26-cv-0387-DAD-JDP

ORDER

On January 23, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it.  ECF No. 8.  The court also referred the matter to me for further proceedings.  *Id.*

Still pending is respondents' motion to dismiss, ECF No. 7.  Petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

Accordingly, it is hereby ORDERED that petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner does not file an opposition by this deadline, the matter will

1

be deemed submitted.

IT IS SO ORDERED.


Dated:    February 27, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE